*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: **Gerald R. Galleshaw**  BK No. **1:15–bk–11047**
Chapter **7**

Debtor(s)

**David C Fraoli** *et al.*
Plaintiff(s)
     v.  AP No. **1:15–ap–01023**
**Gerald R Galleshaw** *et al.*
Defendant(s)

*ORDER TO SHOW CAUSE AGAINST PLAINTIFFS & DEFENDANT WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH LOCAL RULE 7026–1(c)*

Pursuant to Local Bankruptcy Rule 7026–1(c), the Discovery Plan in the above Adversary Proceeding was due on 10/22/2015 . To date, we have not received a Discovery Plan signed by both sides as required, nor has either party filed an affidavit in accordance with Rule 7026–1(d).

Accordingly, the parties are hereby **ORDERED TO SHOW CAUSE IN WRITING** no later than 11/6/2015 , why the above entitled Adversary Proceeding should not be dismissed for failure to file the required Discovery Plan in accordance with Rule 7026–1 (c), or an affidavit in accordance with Rule 7026–1(d). *FAILURE TO TIMELY COMPLY WILL RESULT IN THE AUTOMATIC DISMISSAL OF THE WITHIN ADVERSARY PROCEEDING.*

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **10/23/15**

Entered on Docket: **10/23/15**
Document Number: **8 – 4**

126.jsp