## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

_____

In re:  Gerald R. Galleshaw,                                              BK No: 15-11047
       Debtor                                                          Chapter 7
_____

David C. Fraoli and
New England Auto Center, Inc.,
    Plaintiffs
v.                                                                        A.P. No. 15-01023
Gerald R. Galleshaw,
    Defendant
_____

### SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) (made applicable by Fed. R. Bankr. P. 7016), the Court has reviewed the parties' discovery plan filed under Fed. R. Civ. P. 26(f) (made applicable by Fed. R. Bankr. P. 7026) and R.I. LBR 7026-1(c) and issues the following order:

1. Deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1): <u>December 2, 2015</u>. Parties shall adhere to deadlines in Fed. R. Civ. P. 26(a)(2)-(3) for expert and pretrial disclosures.

2. The Court will hold a preliminary pretrial conference on <u>December 16, 2015, 10:30 a.m</u>.

3. The deadline for all parties to complete discovery and to file any and all motions to compel compliance with outstanding discovery requests: <u>February 1, 2016</u>.

4. The deadline to file dispositive and pretrial motions: <u>February 26, 2016</u>.

5. The deadline to file the Joint Pretrial Statement pursuant to R.I. LBR 9014-1(d): <u>March 4, 2016</u>. If a dispositive motion is filed, the Court may extend this deadline.

Date: November 5, 2015                              By the Court,

                                                                                     _____
                                                                                     Diane Finkle
                                                                                     U.S. Bankruptcy Judge