*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: **Gerald R. Galleshaw**

Debtor(s)

BK No. **1:15−bk−11047**
Chapter **7**

**David C Fraoli** *et al.*
Plaintiff(s)
     v.
**Gerald R Galleshaw** *et al.*
Defendant(s)

AP No. **1:15−ap−01023**

## NOTICE OF PRE−TRIAL CONFERENCE

***PLEASE TAKE NOTICE*** that a Pre−Trial conference will be held at

**380 Westminster Street, 6th Floor, Providence, RI 02903**

**on 12/16/2015 at 10:30 AM**

to consider and act upon the following:

*1 Complaint filed by Plaintiff David C Fraoli, Plaintiff New England Auto Center, Inc.*

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.**

*Participants should plan on arriving to the court at least 20−30 minutes in advance of the scheduled hearing time in order to be processed through building security. You must bring this notice in order to use the appointment line for quicker processing.*

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Entered on Docket: **11/5/15**
Document Number: **11 − 1**

508.jsp