# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re:  Fraoli et al v. Galleshaw

Case Number: **1:15-ap-01023**   Ch:

**MOVANT/APPLICANT/PARTIES:**

Order After Pre-Trial Conference Held December 16, 2015

**OUTCOME:**

__ Granted   __ Denied   __ Approved   __ Sustained

__ Moot   __ Denied without prejudice   __ Withdrawn in open court   __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

___✔___ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Following a pre-trial conference held on December 16, 2015, at which counsel for the Plaintiff appeared but counsel for the Defendant failed to appear, and in accordance with the discussion held at said conference, the Court issues the following order: the Plaintiff is granted leave to amend the Complaint, which amendment shall be filed by December 31, 2015. The Defendant shall respond to the amended complaint in accordance with the Federal Rules of Bankruptcy Procedure.

IT IS SO ORDERED:

_Diane Finkle_   Dated: 12/16/15

Diane Finkle, U.S. Bankruptcy Judge