# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re:   Gerald R. Galleshaw                                              BK No: 15-10047
       Debtor                                                                    Chapter 7

David C. Fraoli and
New England Auto Center, Inc.
    Plaintiffs

v.                                                                                                A.P. No. 15-01023

Gerald R. Galleshaw
    Defendant

## ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSEL'S FAILURE TO APPEAR AT PRETRIAL CONFERENCE

On November 5, 2015, the Court entered a Scheduling Order (Doc. #11) scheduling a preliminary pretrial conference on December 16, 2015 at 10:30 a.m. Counsel for the Defendant failed to appear at that pretrial conference. Accordingly, counsel for the Defendant is hereby ***ORDERED TO APPEAR AND SHOW CAUSE*** at the U.S. Bankruptcy Court, 380 Westminster Street, 6th Floor, Providence, RI 02903, on December 23, 2015 at 10:00 a.m., why sanctions not be imposed for failure to appear at that pretrial conference.

Date: December 16, 2015                                                          By the Court,

                                                                                                Diane Finkle
                                                                                                U.S. Bankruptcy Judge