## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

In Re:  Gerald R. Galleshaw
       Debtor

_____

| | | |
|---|---|---|
| DAVID C. FRAIOLI and NEW ENGLAND AUTO CENTER, INC. | : | |
| Plaintiffs | : | C.A. NO. 15-11047 |
| | : | |
| V. | : | Chapter 7 |
| | : | |
| GERALD R. GALLESHAW | : | ADV. PRO. NO.: 15-01023 |
| Defendant Debtor | : | |

_____

### DEBTOR'S MOTION TO STRIKE ANSWER
### MADE TO DOCUMENT THAT WAS TERMINATED

Debtor respectfully requests that the Court strike his answer to amended complaint that was filed on 12/31/15. As grounds set forth the Debtor asserts that: 1) the amended complaint (Doc. # 24) was not filed at the time the answer (Doc # 22) was erroneously filed; 2) that the motion to amend the complaint (Doc# 18) filed on 12/17/15 was terminated as moot because the Court Ordered (Doc# 14) that Plaintiffs have until 12/31/15 to file an amended complaint; 3) the amended compliant was filed on 1/5/16 (Doc# 24) giving the Debtor 14 days to respond in accordance with Fed. R. Civ. P. 15(a)(3); and 4) Debtor will file a Motion to Dismiss as his response to the amended complaint simultaneously with this motion.

                                                       Respectfully submitted,
                                                       Debtor, Gerald Galleshaw,
                                                       By his attorney

                                                       Todd S. Dion, Esq._____
                                                     Todd S. Dion Esq. (6852)
                                                     1599 Smith Street

        North Providence, RI 02911
        (401) 965-4131
        toddsdion@msn.com

## CERTIFICATE OF SERVICE

I, Todd S. Dion, Esq., hereby certify that on January 18, 2016 I served first class pre-paid postage a copy of the motion herein to Ryanna T. Capalbo, Esq., Bilodeau Carden, LLC, 51 Jefferson Boulevard, Suite 2, Warwick, RI 02888

        Respectfully submitted,

        <u>Todd S. Dion, Esq.</u>
        Todd S. Dion Esq. (6852)
        1599 Smith Street
        North Providence, RI 02911