# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

In Re:  Gerald R. Galleshaw
        Debtor

_____

| | | |
|---|---|---|
| **DAVID C. FRAIOLI and NEW** | : | |
| **ENGLAND AUTO CENTER, INC.** | : | |
|       Plaintiffs | : | C.A. NO. 15-11047 |
| | : | |
| V. | : | Chapter 7 |
| | : | |
| **GERALD R. GALLESHAW** | : | ADV. PRO. NO.: 15-01023 |
|       **Defendant Debtor** | : | |

_____

## DEFENDANT DEBTOR'S OBJECTION TO
## PLAINTIFF'S MOTION TO HOLD IN CONTEMPT

Now comes Defendant Debtor and objects to the Plaintiff's Motion to hold Defendant Debtor in Contempt. As grounds therefore, Defendant Debtor states that on January 22nd, 2016, he hand delivered the requested documents in Plaintiff' Request for Production to Plaintiff's Attorney Ryanna T. Capalbo, Esq., Bilodeau Carden, LLC, 51 Jefferson Boulevard, Suite 2, Warwick, RI 02888. Proof of receipt of Defendant Debtors Response is attached hereto.

Therefore, Defendant Debtor respectfully request this honorable court deny Plaintiff's Motion to Hold in Contempt.

                                            Respectfully submitted,
                                            Debtor, Gerald Galleshaw,
                                            By his attorney

                                            <u>Todd S. Dion, Esq.</u>
                                            Todd S. Dion Esq. (#6852)
                                            1599 Smith Street
                                            North Providence, RI 02911
                                            (401) 965-4131
                                            toddsdion@msn.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2016, a copy of above Objection with Exhibits filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were served by hand delivery on the following affected parties:

Ryanna T. Capalbo, Esq.
Bilodeau Carden, LLC
51 Jefferson Blvd Suite 2
Warwick, RI   02888
rcapalbo@bilodeaucarden.com

Kelly A Carden, Esq.
Bilodeau Carden, LLC
51 Jefferson Blvd Suite 2
Warwick, RI   02888
kcarden@bilodeaucarden.com

                                                /s/ Todd S. Dion