# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: Fraoli et al v. Galleshaw

Case Number: **1:15-ap-01023**   Ch:

**MOVANT/APPLICANT/PARTIES:**

Plaintiffs' Motion to Adjudge in Contempt and Compel Compliance with Subpoena (Doc. #23)
Defendant's Objection (Doc. #35)

**OUTCOME:**

__ Granted     __ Denied     __ Approved     __ Sustained

__ Moot     __ Denied without prejudice     __ Withdrawn in open court     __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

____✔____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of Defendant's Objection, which represents that on January 22, 2016, the requested documents were hand-delivered to Plaintiffs' counsel, Plaintiffs shall by February 10, 2016, advise Defendant's counsel in writing if counsel believes the documents do not satisfy the request (and to what extent). If Plaintiffs so advise, the parties by February 17, 2016, shall confer and make a good faith effort to resolve any discovery disputes. If by February 22, 2016, the parties still have unresolved discovery disputes, Plaintiffs shall file an amended and updated motion to compel discovery and Defendant shall respond within 7 days of Plaintiffs' amended motion. Lack of good faith efforts by either party to attempt to resolve the discovery issues may subject such party to sanctions.

IT IS SO ORDERED:

_Diane Finkle_   Dated: 1/26/16

Diane Finkle, U.S. Bankruptcy Judge