# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Fraoli et al v. Galleshaw

Case Number: 1:15-ap-01023  Ch:

**MOVANT/APPLICANT/PARTIES:**

Plaintiffs' Motion to Adjudge in Contempt and Compel Compliance Pursuant to the Subpoena ("Motion") (Doc. #38)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    ✔ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Motion is denied without prejudice for failure to comply with the Court's January 26, 2016 order (Doc. #36) ("Order"); the Motion does not (1) indicate compliance with the requirement for the parties to "confer and make a good faith effort" to resolve any discovery disputes (2) set forth with specificity what documents Plaintiffs allege were not provided and (3) state whether prior written notice of Plaintiffs contentions and a list of the alleged missing documents was provided to Defendant's counsel or the efforts made to attempt to resolve the same.

By February 12, 2016, the parties shall file a joint statement setting forth in detail the specific efforts they have undertaken to comply with the Order regarding good faith efforts to resolve any discovery disputes. Failure to timely file this joint statement will subject counsel for both parties to sanctions.

IT IS SO ORDERED:

*Diane Finkle*     Dated: 2/3/16

Diane Finkle, U.S. Bankruptcy Judge