*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: **Gerald R. Galleshaw**　　　　　　　　　　BK No. **1:15−bk−11047**
　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**

　　Debtor(s)

*David C. Fraoli et al*
　Plaintiff(s)
　　　　v.　　　　　　　　　　　　　　　　AP No. **1:15−ap−01023**
　**Gerald R. Galleshaw** *et al.*
　Defendant(s)

---

*NOTICE OF HEARING*

*PLEASE TAKE NOTICE* that a hearing will be held at

**The Federal Center, 380 Westminster Street, 6th Floor, Providence, RI 02903**

**on 3/16/16 at 10:30 AM**

to consider and act upon the following:

*#29 Motion to Dismiss Adversary Proceeding filed by Defendant Gerald R. Galleshaw,　　#44 Document, #45 Objection filed by Plaintiffs, #46 Memorandum of Law by Plaintiffs*

---

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.**

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Entered on Docket: **2/16/16**

Document Number: **47- 29, 44, 45, 46** 505.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*