UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re:  Gerald R. Galleshaw
       Debtor

| | | |
|---|---|---|
| DAVID C. FRAIOLI and NEW | : | |
| ENGLAND AUTO CENTER, INC. | : | |
|     Plaintiffs | : | C.A. NO. 15-11047 |
| | : | |
| V. | : | Chapter 7 |
| | : | |
| GERALD R. GALLESHAW | : | ADV. PRO. NO.: 15-01023 |
|     Defendant | : | |

## MOTION TO EXTEND TIME

NOW COMES THE DEBTOR(S), and moves this Court for an extension of time up to and including the 4th day of May, 2016.  The additional time is necessary to file the following documents:

1. Joint Pretrial Statement.

As grounds thereof, the Debtor, Gerald Galleshaw, has filed a Motion to Dismiss which is scheduled for hearing on March 16, 2016.

Date:  March 4, 2016

                                     Respectfully submitted,
                                     Debtor, Gerald Galleshaw,
                                     By his Attorney,


                                   /s/ Todd S. Dion_____
                                   Todd S. Dion Esq. (RIBAR # 6852)
                                   1599 Smith Street
                                   North Providence, RI 02911
                                   401-965-4131 Phone
                                   401-353-1231 Fax
                                   toddsdion@msn.com

Diane Finkle

03/07/2016 DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT IS EXTENDED TO 4/4/16

## **CERTIFICATION**

      I hereby certify that on March 4, 2016, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice.

                                                */s/ Todd S. Dion*
                                                Todd S. Dion, Esq.