## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

---

In Re: *Gerald R. Galleshaw*　　　　　　　　　　　BK No. **1:15−bk−11047**
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**
　　Debtor(s)


**David C Fraoli** *et al.*　　　　　　　　　　　　AP No. **1:15−ap−01023**
Plaintiff(s)

　　v.

**Gerald R Galleshaw** *et al.*
Defendant(s)

---

### *Order Denying Motion/Application (doc# 29 ) After Hearing*

### *Re: Motion to Dismiss Adversary Proceeding by Defendant Gerald R. Galleshaw*

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, it is ***ORDERED*** that for the reasons stated by the court in its bench decision, which are incorporated herein by reference, the Motion/Application (doc# 29 ) is **DENIED**.


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*So Ordered:*

**HAD**　　　　　　　　　　　　　　　　　　　　　　　　/s/ Diane Finkle
Deputy Clerk　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: **3/16/16**


Entered on Docket: **3/16/16**
Document Number: **53 − 29**

153.jsp

---