# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re:  Gerald R. Galleshaw,<br>        Debtor | BK No: 15-11047<br>Chapter 7 |

| | |
|---|---|
| David C. Fraioli and New England Auto Center, Inc.,<br>        Plaintiffs<br>v.<br>Gerald R. Galleshaw,<br>        Defendant | A.P. No. 15-01023 |

### ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDERS
**(this relates to Doc. ## 11, 50)**

On November 5, 2015 the Court entered a Scheduling Order (Doc. #11) requiring the parties to file a joint pretrial statement by March 4, 2016, and on March 7, 2016 the Court entered an Order (Doc. #50) granting the Debtor's Motion to Extend Time to file the joint pretrial statement only to April 4, 2016. The parties did not timely file a joint pretrial statement. Accordingly, counsel for the parties are ***ORDERED TO APPEAR AND SHOW CAUSE*** at the U.S. Bankruptcy Court, 380 Westminster Street, 6th Floor, Providence, RI 02903, at 10:00 a.m. on April 13, 2016, why sanctions should not be imposed for their failure to comply with the Court's Orders.

Date: April 6, 2016

By the Court,

*Diane Finkle*
_____
Diane Finkle
U.S. Bankruptcy Judge