United States Bankruptcy Court
District of Rhode Island

Fraoli,
    Plaintiff                                 Adv. Proc. No. 15-01023-DF

Galleshaw,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0103-1      User: holly2      Page 1 of 1      Date Rcvd: Apr 08, 2016
                     Form ID: pdfdoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2016.
ust         +Gary L. Donahue,   Office of the U.S. Trustee,   U.S. Courthouse,
                One Exchange Terrace Suite 431,   Providence, RI 02903-1744
dft         +Gerald R Galleshaw,   60 Jane Street,   North Providence, RI 02904-5041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*         +Gerald R Galleshaw,   60 Jane Street,   North Providence, RI 02904-5041
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2016 at the address(es) listed below:
             Kelly A Carden    on behalf of Counter-Defendant David C Fraoli kcarden@bilodeaucarden.com
             Kelly A Carden    on behalf of Plaintiff   New England Auto Center, Inc. kcarden@bilodeaucarden.com
             Kelly A Carden    on behalf of Plaintiff David C Fraoli kcarden@bilodeaucarden.com
             Ryanna T. Capalbo    on behalf of Plaintiff David C Fraoli rcapalbo@bilodeaucarden.com
             Ryanna T. Capalbo    on behalf of Defendant Gerald R Galleshaw rcapalbo@bilodeaucarden.com
             Ryanna T. Capalbo    on behalf of Counter-Defendant David C Fraoli rcapalbo@bilodeaucarden.com
             Ryanna T. Capalbo    on behalf of Plaintiff   New England Auto Center, Inc.
         rcapalbo@bilodeaucarden.com
             Todd  Dion    on behalf of Plaintiff David C Fraoli toddsdion@msn.com
             Todd  Dion    on behalf of Counter-Defendant David C Fraoli toddsdion@msn.com
             Todd  Dion    on behalf of Counter-Claimant Gerald R Galleshaw toddsdion@msn.com
             Todd  Dion    on behalf of Defendant Gerald R Galleshaw toddsdion@msn.com
                                                                                                     TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: Gerald R. Galleshaw : | |
| Debtor : | |
| : | |
| DAVID C. FRAIOLI and NEW : | |
| ENGLAND AUTO CENTER, INC. : | |
| Plaintiffs : | CASE NO: 15-11047 |
| : | |
| V. : | |
| : | CHAPTER 7 |
| : | |
| GERALD R. GALLESHAW, : | ADV. PRO. NO.: 15-01023 |
| Defendant : | |

04/08/2016 EXTENSION GRANTED TO 4/25/16

Diane Finkle

## JOINT MOTION TO EXTEND TIME TO FILE PRE-TRIAL STATEMENT

Now comes Plaintiffs, David C. Fraioli and New England Auto Center, Inc. (collectively "Plaintiff") and Defendant/Debtor, Gerald R. Galleshaw ("Defendant"), by its counsel, hereby moves this honorable Court to allow an extension of time to a joint pre-trial statement in accordance to the Scheduling Order that was entered by this Court on November 5, 2015. As grounds therefore, the parties have not had the opportunity to discuss said joint pre-trial statement and Defendant's counsel has experienced an unexpected family tragedy. Further, the parties state that the within Motion is the first request for an extension of time with respect to filing the joint pre-trial statement.

Wherefore, the parties respectfully request that an extension of time up to one (1) month or a time that is convenient with this Court, be granted to allow the parties to submit a joint pre-trial statement.

| | |
|---|---|
| David C. Fraioli and<br>New England Auto Center, Inc.<br>By its Attorneys, | Gerald R. Galleshaw,<br>By his Attorney, |
| /s/ Ryanna T. Capalbo, Esq<br>Andrew R. Bilodeau, Esq.<br>Ryanna T. Capalbo, Esq.<br>Bilodeau Carden Capalbo, LLC<br>51 Jefferson Blvd, Suite 2<br>Warwick, RI 02888<br>Tel: 401.461.7700<br>Fax: 401.633.7511 | /s/ Todd Dion, Esq.<br>Todd Dion, Esq.<br>Law Office of Todd S. Dion<br>1599 Smith Street<br>North Providence, RI 02911<br>Tel: (401) 270-0639 |

Dated: April 8, 2016