# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Fraoli et al v. Galleshaw          Case Number: **1:15-ap-01023**   Ch:

**MOVANT/APPLICANT/PARTIES:**

Defendant's Application for Entry of Default (Doc. #63); Defendant's Motion for Default Judgment (Doc. #65); Plaintiffs' Objection to Motion for Default Judgment (Doc. #69); Plaintiffs' Objection to Application for Entry of Default (Doc. #70)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____  For: _____

__ Formal order / stipulation to be submitted by: _____  Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____  From: _____

Response due: _____  From: _____

__ Fee(s) allowed in the amount of: $ _____  Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The hearing on the above matters is rescheduled to June 15, 2016 at 10:30 a.m. By May 23, 2016, Plaintiffs shall file a memorandum of law, including citations to authorities, in support of their Objections. Defendant, if he so chooses, may file a memorandum of law in response by June 6, 2016. The deadline for the parties to file a joint pretrial statement is hereby extended to June 29, 2016.

IT IS SO ORDERED:

*Diane Finkle*    Dated: 5/11/16

Diane Finkle, U.S. Bankruptcy Judge