**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re: **Gerald R. Galleshaw**　　　　　　　　　BK No. **1:15−bk−11047**
　　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**

　　　　Debtor(s)

**David C Fraoli** *et al.*
Plaintiff(s)
　　　　　v.　　　　　　　　　　　　　　　AP No. **1:15−ap−01023**
**Gerald R Galleshaw** *et al.*
Defendant(s)

### NOTICE OF CONTINUED HEARING

***PLEASE TAKE NOTICE*** that the hearing on the following matter has been continued. For new hearing date, see below.

*Hearing Continued (related document(s)63 Motion for Entry of Clerk's Default filed by Counter−Claimant/Defendant Gerald R Galleshaw, 65 Motion for Default Judgment filed by Counter−Claimant/Defendant Gerald R Galleshaw, 69 Objection filed by Counter−Defendant/Plaintiff David C Fraoli, Counter−Defendant/Plaintiff New England Auto Center, Inc., 70 Objection filed by Counter−Defendant/Plaintiff David C Fraoli, Counter−Defendant/Plaintiff New England Auto Center, Inc.). Hearing scheduled for 6/15/2016 at 10:30 AM at 6th Floor Courtroom.*

*Participants should plan on arriving to the court at least 20−30 minutes in advance of the scheduled hearing time in order to be processed through building security. You must bring this notice in order to use the appointment line for quicker processing.*

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Entered on Docket: **5/11/16**
Document Number: **74 − 63, 65, 69, 70**

506.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*